Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
**COZEN O'CONNOR**
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Attorneys for Defendants
ZEP, INC. and ACUITY SPECIALTY PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF FULLER, an individual; RANDALL CHUN, an individual; on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEP, INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-2672-JSW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS PLAINTIFF FULLER'S THIRD CAUSE OF ACTION AND DISMISS AND/OR STRIKE PLAINTIFF'S NATIONWIDE CLASS CLAIMS**<br><br>**FED. R. CIV. P. 12(B)(2), 12(b)(6), 12(F)**<br><br>**No Oral Argument Requested Unless Required by the Court**<br><br>[Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order]<br><br>Judge: Jeffrey S. White<br>Hearing Date: November 30, 2018<br>Hearing Time: 9:00 a.m.<br><br>Complaint Filed: May 7, 2018 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

-1-

PLEASE TAKE NOTICE that on November 30, 2018 at 9:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Hon. Jeffrey S. White, Courtroom 5, 2nd Floor, of the above-named Court, located at 1301 Clay Street, Oakland, CA 94612, Defendants ZEP, INC. and ACUITY SPECIALTY PRODUCTS, INC. ("Defendants") will, and hereby do, move the Court, (1) pursuant to Rule 12(b)(6) to dismiss Plaintiff Fuller's Third Cause of Action in its entirety for failure to state a claim upon which relief can be granted, and (2) to dismiss Plaintiff Fuller's nationwide class action claims for lack of personal jurisdiction pursuant to Rule 12(b)(2) or in the alternative, to dismiss and/or strike Plaintiff's nationwide class action claims pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

This Motion is based upon this notice, the Memorandum of Points and Authorities filed and served concurrently herewith, the exhibits attached thereto, and such other oral and documentary evidence as may be received by the Court at the time of hearing on this motion.

Dated: August 24, 2018

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Jason E. Barsanti*
Jason E. Barsanti
Attorneys for Defendants
ZEP, INC. and ACUITY SPECIALTY PRODUCTS, INC.